# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Rick Allen Olheiser, | ) | Case No. 1:12-cr-017 |
| | ) | |
| Defendant. | ) | |

Donna Mae Weflen ("Weflan") made her initial appearance in this action on April 4, 2012. She was released on the condition that she have no contact with her son and co-defendant, Rick Allen Olheiser ("Olheiser"), except when in the presence of counsel. On motion by the Government, the court issued an order dismissing Weflan's charges on February 1, 2013.

Olheiser made his initial appearance in this action on March 30, 2012. He was ordered detained pending final disposition of his pending charges. On February 13, 2013, he filed a Motion to Amend Conditions of Detention. He requests that the court strike the condition that he have no contact Weflan, averring that the circumstances no longer justifies this provision.[1]

The court **GRANTS** Olheiser's motion (Docket No. 222). Olheiser may have contact with Weflan insofar as his custodial status allows.

**IT IS SO ORDERED.**

Dated this 7th day of February, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court

---

[1] Olheiser advised the court via letter of his intent to change his plea. (Docket No. 207). The court has scheduled a change of plea hearing for Olheiser on February 13, 2013, at 11:00 a.m. in Bismarck. (Docket No. 227).